# MISCELLANEOUS SUPREME COURT DISPOSITIONS

### TAX COURT APPEAL DISMISSED
**September 19, 2014**

Tran v. Department of Revenue (TC 5203)(S062366)(21 OTR 381)